## THE FOLLOWING CASES WERE DISPOSED OF WITHOUT WRITTEN OPINIONS:

*Dark v. Graham.* Appeal by plaintiff from *Stevens, J.,* June Civil Term, 1949, of WAKE. Appeal dismissed for want of merit, 2 November, 1949.

*S. v. Dover; S. v. Carpenter; S. v. Stinnett.* Appeals by defendants from *Armstrong, J.,* April 25th Term, 1949, of GASTON. Motion of State in each case to dismiss the appeals granted for that (1) The case on appeal does not clearly state and number the exceptions as required by Rule 21 and by G.S. 1-282; (2) The brief does not comply with Rule 27½ requiring the appellant to state the questions involved on the appeal in such a way as to enable the Court "to obtain an immediate view and grasp of the nature of the controversy." 23 November, 1949.

*S. v. Taylor.* Appeal by the State from *Horton, S. J.,* November Mixed Term, 1949, of LENOIR. Motion to affirm judgments of nonsuit and dismiss appeal allowed. 28 March, 1950.

*Hospital v. Joint Committee on Standardization.* First appeal by defendants from *Armstrong, J.,* 17 September, 1949, at chambers in TROY. Second appeal by defendants from *Armstrong, J.,* 28 January, 1950, at chambers in TROY. Motions to dismiss appeals allowed on grounds that questions raised are moot. 29 March, 1950.